UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vicky R,

         Plaintiff,

Case No. 19-cv-2530 ADM/ECW

v.

**ORDER**

Andrew M. Saul,
*Commissioner of Social Security*

         Defendant.

Based upon Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 28, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Vicky R.'s Motion for Summary Judgment (Dkt. 15) is **GRANTED** in part;

    2.    Defendant Commissioner of Social Security Andrew Saul's Motion for Summary Judgment (Dkt. 17) is **DENIED**;

    3.    This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this Report and Recommendation; and

    4.    This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 12, 2021

                        s/Ann D. Montgomery
                        Ann D. Montgomery
                        United States District Judge